## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| KIRVEN LAW, LLC, a Wyoming limited Liability company,<br><br>    Plaintiff,<br><br>v.<br><br>KARI NELSON, an individual,<br><br>    Defendant. | Case No. 23-cv-00010-SWS |

### STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE

Counsel for the parties hereby inform the Court that the parties have reached a confidential settlement agreement with respect to all pending claims and claims that have been or that could have been filed by one party against the other in this matter. The parties, therefore, through their respective attorneys of record, hereby stipulate and jointly move the Court to dismiss all pending claims in the above-captioned matter without prejudice, with each party paying their own respective attorney's fees and costs.

So stipulated and jointly moved:

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| Crowley Fleck PLLP | The Fuller & Semerad Law Firm |
| | |
| /s/ Casey R. Terrell | /s/ Ryan A. Semerad |
| Casey R. Terrell WSB No. 7-6088 | Ryan A. Semerad, WSB No. 7-6270 |
| | |
| Date: 3/16/2023 | Date: 3/16/2023 |